UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LUCIOUS CLARENCE CONWAY,**

        **Plaintiff,**

-vs-                                          Case No. 6:05-cv-1714-Orl-22KRS

**OFFICER LONNIE TAYLOR, et al.,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANTS' MOTION TO COMPEL MORE COMPLETE INITIAL DISCLOSURES (Doc. No. 38)
>
> **FILED:** May 8, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The present motion fails to comply with Middle District of Florida Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on May 19, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties