# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUCIOUS CLARENCE CONWAY,**

        **Plaintiff,**

**-vs-**                                                **Case No. 6:05-cv-1714-Orl-22KRS**

**OFFICER LONNIE TAYLOR, et al.,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANTS' SECOND MOTION TO COMPEL MORE COMPLETE INITIAL DISCLOSURES (Doc. No. 44)**
>
> **FILED:** May 30, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

By the present motion, Defendants Lonnie Taylor, City of Sanford, and Brian Tooley (collectively "the defendants") seek to compel more complete responses to Plaintiff Lucious Clarence Conway's initial disclosures. More specifically, the defendants request the Court to compel Conway to provide the addresses and telephone numbers for three witnesses, Castelevet Rouse, Cecilia Martin, and Caroline Gertz, listed in his initial disclosures. Doc. No. 44 at 2. Conway had not responded to the motion as of the writing of this order, and the time for doing so has passed.

Federal Rule of Civil Procedure 26(a)(1)(A) mandates that a party, without awaiting a discovery request, provide to other parties "the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information."

Conway neglected to provide the addresses and telephone numbers for Rouse, Martin, and Gertz, each of whom he asserts has "full knowledge of [the] dispute." Doc. No. 44 at 2. Furthermore, Conway offers no basis, legitimate or otherwise, for his failure to furnish this information as required.

Accordingly, on or before July 16, 2006, Conway shall provide counsel for the defendants with the addresses and telephone numbers for Rouse, Martin, and Gertz or, if he does not possess that information, all information in his possession, custody or control about Rouse, Martin and Gertz so that efforts may be undertaken to locate each of these witnesses.

**DONE** and **ORDERED** in Orlando, Florida on June 19, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties