**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LUCIOUS CLARENCE CONWAY,**

        **Plaintiff,**

-vs-                          Case No.  6:05-cv-1714-Orl-22KRS

**OFFICER LONNIE TAYLOR, et al.,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO QUASH SUBPOENA DUCES TECUM (Doc. No. 47)** |
| **FILED:** | **June 23, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The present motion fails to comply with the local rules of this Court.  Specifically, the motion fails to comply with Middle District of Florida Local Rules 3.01(a) and 3.01(g).  In support of any renewed motion to quash, plaintiff shall attach copies of the subpoenas *duces tecum* at issue.

**DONE** and **ORDERED** in Orlando, Florida on June 26, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties